## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, individually and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br><br>   v.<br><br>GEORGETOWN UNIVERSITY,<br><br>                  Defendant. | No. 1:20-cv-01370 |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, John Doe, by and through his undersigned counsel, hereby voluntarily dismisses this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: June 2, 2020

Respectfully submitted,

By: */s/ Andrew S. Levetown*_____
Glenn Ivey (Bar No. 414331)
Andrew S. Levetown (Bar No. 422714)
IVEY & LEVETOWN, LLP
6411 Ivy Lane, Suite 304
Greenbelt, MD 20770
(703) 618-2264
ivey@iveylevetown.com
asl@iveylevetown.com

*Attorneys for Plaintiff, individually and on behalf of all others similarly situated*

010920-24/1295160 V1